# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>**WILLIAM R. HARGIS**<br>Male/ White, DOB 11/25/1997<br>IN CUSTODY - FAYETTE COUNTY DETENTION CENTER<br><br>*Defendant(s)* | Case No.<br><br>5:21-MJ-5163 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 11, 2021** in the county of **Fayette** in the **Eastern** District of **Kentucky**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 841(a)(1) | Knowing and Intentional Possession with Intent to Distribute a Mixture or Substance containing Methamphetamine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

**Signed remotely per FRCP 4.1.  See addendum.**
*Complainant's signature*

Thomas Clements, Task Force Officer, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/13/2021

*Judge's signature*

City and state: Lexington, KY

Matthew A. Stinnett, United States Magistrate Judge
*Printed name and title*