Honorable Judge Reeves,

    I would like to start this letter off by apoligizing to you and the courts for the decisions I made that lead me here in front of you. I understand that to you there may be no explanation as to why someone would end up in the position I'm currently in, but just for a moment I want you to see it from my perspective.

    I grew up living with my father and seeing my Mother only every other weekend. We didn't always have much and at times wouldn't have made it without help from my grandparents. My Dad did the best he could he was just young so I understood. During my 12 grades of school I can remember at least 27 time we had moved. It was such a reoccuring event that eventually I ended up leaving my belongings in the boxes because I knew we wouldn't be staying long. Around these times both of my parents where big drinkers and almost always involved in toxic/abusive relationships. I remember being under constant stress and worry, not knowing how things would end every night. There where times that these fights occured all night leaving me sleepless for school. It was a problem I couldn't escape no matter which parents house I was at. Sometimes even being the one blamed and put at the center of the issue. All of this

I felt like the only time I could get peace was being gone. After my Mothers house was burned down and she moved to Virginia I felt even more distant. At 13 years old I started smoking tobacco, marijuana, and k2. I never really liked the cigarettes so I started to dip instead. At this age I also started to stress alot more because the lack of funds and my ever increasing wants. This is what lead me to start selling marijuana. I first started off by telling myself it was just allowing me to smoke for free but as my clientel grew and the money started coming in faster, I quickly fell in love with money and the power it gave me. By 17 years old I was the man in High School and everybody knew who I was. I tried working but it never lasted because I knew I could make more by hustling. With no real guidance of influence I fell in love with the street life. As I got older and had kids I only wanted to give them a better life than I had. I always felt like more money made everything better so thats what I focused on. Now I see its not how much you give them but how much of you.

If you would've asked me before my arrest if anything I was doing was wrong I

any better. I didn't know the severity of my actions and the consequences that followed them. All I wanted was to make a better life for my children and give them everything my life lacked. If you ask anyone that knows me being a Father is what I cherish most. That's honestly the hardest part about my situation. Knowing I was only trying to make things better but subsequently did the opposite. During the past year I've grown alot within myself and with my relationship with God. I've read over 20 self-help books as well as the Bible since my incarceration. I now see that the man I was would've done more harm over time than help. I also feel with complete confidence that this is all apart of his divine plan. Much like a seed. As long as a seed remains in the light, it cannot germinate and will never become what it was created to be. The seed must be planted in the soil, in a dark place, so that the potential inside will come to life. In the same way there are seeds of greatness in all of us that will only come to life in a dark place. I've already been planted so now it's time for me to grow into someone who will reflect God's light on this Earth in a positive way.

    I understand there is a lengthy amount

best use of every bit of it. I'm gonna grow and learn as much as I can so when the day comes that its time for me to return to my family I will be a good influence and a positive body for them. I just want to ask that you give me the chance to show my change and prove this was the wake up call I needed. I just want to make it home in time to still be there as a Father for my babies. Again I'm terribly sorry to you, the courts, my family, and all the lives that may have been affected throughout my actions. Thank you for handling this matter and putting me in a better place mentally. I'm on my journey to happiness and spiritual enlightenment for now I hope you have a great day.

- William Hargis